996

No. 12–6378. RODRIGUEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 12–6384. MURILLO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–6573. LAWSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–9959. MAYES *v.* GRAPHIC PACKAGING INTERNATIONAL, 567 U. S. 939. Petition for rehearing denied.

NOVEMBER 2, 2012

No. 11–864. COMCAST CORP. ET AL. *v.* BEHREND ET AL. C. A. 3d Cir. [Certiorari granted, 567 U. S. 933.] Motion of petitioners for leave to file supplemental volume of the joint appendix under seal granted.

NOVEMBER 5, 2012

No. 12–6254. MCCARTHY *v.* SERVITTO ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12–6595. ORIAKHI *v.* WILSON, WARDEN. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2690. IN RE DISBARMENT OF MITCHELL. Disbarment entered. [For earlier order herein, see 567 U. S. 964.]